UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRENT DEAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:23 CV 580 RWS |
| NORFOLK SOUTHERN RAILWAY CO., et al., | ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

For good cause shown,

**IT IS HEREBY ORDERED** that the motion for leave to file an amended complaint [19] is granted, and the amended complaint [19-1] is deemed filed as of this date.

**IT IS FURTHER ORDERED** that the motion to dismiss [10] directed at the original complaint is denied as moot.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of June, 2023.