UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRENT DEAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )    Case No. 4:23 CV 580 RWS |
| | ) |
| NORFOLK SOUTHERN RAILWAY | ) |
| CO., et al., | ) |
| | ) |
|     Defendants. | ) |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that defendants shall file reply briefs in support

of their motions to dismiss [23, 25] no later than **July 24, 2023.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 19th day of July, 2023.